IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-01-73 |
| | § | C.A. No. C-06-5 |
| JESUS REGINO, | § | |
| | § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jesus Regino's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 1st day of March, 2006.

_____
Janis Graham Jack
United States District Judge